138624

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-1567 MJD/RLE **Case Title:** Simons et al v. BNSF

**Affidavit of Movant**

I, MARK J. FELLMAN [redacted], an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice JOHN ROVEN, an attorney admitted to practice in the SOUTHERN District of TEXAS, but not admitted to the bar of this court, who will be counsel for the (✓)plaintiff ~~( )defendant~~ Alfred Simons, et al. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | 28782 | 11/02/2001 |
| Signature Mark J. Fellman | MN Attorney License # | Date |

**Affidavit of Proposed Admittee**

I, JOHN D. ROVEN, am currently a member in good standing of the U.S. District Court for the SOUTHERN District of TX, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| | | |
|---|---|---|
| JOHN ROVEN | [signature] | 9/5/01 |
| Type/Print Name | Signature | Date |

Attorney License Number: Texas #17327900

Law Firm Name & Address: Roven, Kaplan, + Wells, P.C.
2190 North Loop West, # 410
Houston, TX 77018

Telephone: (713) 465-8522

Motion Granted: Richard D. Sletten /kj
For the Court: Francis E. Dosal, Clerk

NOV 05 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED NOV 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______