AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Norman Bellefeuille, Myron Stresemann, Theodore Magnan and Roger Gunderson

V.

Burlington Northern and Santa Fe Railway Company and Northern Railway Co.

## JUDGMENT IN A CIVIL CASE

Case Number: 02-1386 PAM/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
The claims of plaintiff against defendant brought under the above entitled action be and the same are hereby dismissed on the merits, without prejudice and without costs or disbursements.

April 22, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Victoria Moralez, Deputy Clerk